UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No: 1:21-cv-561

**DEBORAH LAUFER,**

Plaintiff,

v.

**GRABD RIVER HOTEL, INC.,**

Defendant(s).

---

**PLAINTIFF'S NOTICE OF SETTLEMENT**

---

Plaintiff, Deborah Laufer, hereby advises the Court that this case has been settled. The parties request fifteen (15) days to file the documentation formally concluding this case.

**I HEREBY CERTIFY** that, on April 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

/s/ *Philip Michael Cullen, III.*
**PHILIP MICHAEL CULLEN, III**
**Attorney at law – Chartered**
621 South Federal Highway, Suite Four
Fort Lauderdale, Florida 33301
Telephone: (954) 462-0600
Facsimile: (954) 462-1717
CULLENIII@aol.com.com