UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No: 1:21-cv-561-NRN

**DEBORAH LAUFER,**

Plaintiff,

v.

**GRAND RIVER HOTEL, INC.,**

Defendant(s).

---

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE**

---

Plaintiff, by and through her undersigned counsel, and pursuant to the terms of the Parties' settlement, hereby voluntarily dismisses this action with prejudice.

/s/ *Philip Michael Cullen, III.*
**PHILIP MICHAEL CULLEN, III**
**Attorney at law – Chartered**
621 South Federal Highway, Suite Four
Fort Lauderdale, Florida 33301
Telephone: (954) 462-0600
Facsimile: (954) 462-1717
CULLENIII@aol.com.com

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that, on April 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

                                                    */s/Philip Michael Cullen, III*